# APPENDIX A

# Estimated Billing by Team

Bolt Keenley Kim LLP

Between January 01, 2019 and July 01, 2020

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| **Keenley, Jim** | | | | | | | |
| 03/05/19 | Debra Herrman | Ninth Cir Appeal | Legal Analysis | Review District Court order denying fees, analyze grounds for appeal | 0.50 | | $375.00 USD |
| 03/05/19 | Debra Herrman | Ninth Cir Appeal | Phone Conferences / Meetings | Phone call with client to discuss denial of fee motion, legal and strategic issues re appeal, next steps | 0.65 | | $487.50 USD |
| 03/05/19 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review judgment entered by court | 0.10 | | $75.00 USD |
| 03/06/19 | Debra Herrman | Ninth Cir Appeal | Draft Documents | Draft notice of appeal and related documents | 0.30 | | $225.00 USD |
| 03/14/19 | Debra Herrman | Ninth Cir Appeal | Draft Documents | Draft responses to Ninth Circuit mediation questionnaire | 0.25 | | $187.50 USD |
| 03/15/19 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review transcript order form prepared by staff; approve same for filing | 0.10 | | $75.00 USD |
| 03/19/19 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review order setting mediation assessment conference | 0.10 | | $75.00 USD |
| 04/02/19 | Debra Herrman | Ninth Cir Appeal | Phone Conferences / Meetings | Attend mediation assessment conference | 0.30 | | $225.00 USD |
| 04/05/19 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review order re mediation release | 0.10 | | $75.00 USD |
| 04/16/19 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review transcript of 9/17/18 hearing for appeal brief preparation | 0.75 | | $562.50 USD |
| 06/13/19 | Debra Herrman | Ninth Cir Appeal | Document Preparation | File streamlined request for extension of time; review Ninth Circuit rules re same | 0.20 | | $150.00 USD |
| 06/14/19 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review order approving streamlined request | 0.10 | | $75.00 USD |
| 07/08/19 | Debra Herrman | Ninth Cir Appeal | Research | Review and analyze cases re attorney's fees to prepare for opening brief | 1.50 | | $1,125.00 USD |
| 07/09/19 | Debra Herrman | Ninth Cir Appeal | Document Preparation | Review docket and filings to prepare excerpts of record | 2.80 | | $2,100.00 USD |
| 07/10/19 | Debra Herrman | Ninth Cir Appeal | Draft Documents | Draft opening brief on appeal | 4.30 | | $3,225.00 USD |
| 07/11/19 | Debra Herrman | Ninth Cir Appeal | Draft Documents | Draft opening brief on appeal | 3.80 | | $2,850.00 USD |
| 07/12/19 | Debra Herrman | Ninth Cir Appeal | Draft Documents | Draft opening brief on appeal | 7.35 | | $5,512.50 USD |
| 07/14/19 | Debra Herrman | Ninth Cir Appeal | Draft Documents | Further drafting of opening brief on appeal | 10.50 | | $7,875.00 USD |
| 07/15/19 | Debra Herrman | Ninth Cir Appeal | Draft Documents | Further drafting of opening brief on appeal; final revisions and edits to same | 9.70 | | $7,275.00 USD |
| 07/15/19 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review and finalize excerpts of record for filing | 1.10 | | $825.00 USD |
| 07/16/19 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review order from court re submission of paper copies of briefs and excerpts of record; instruct staff re compliance with same | 0.10 | | $75.00 USD |

| Date | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| 07/18/19 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review clerk's notice re paper copies of briefs | 0.10 | | $75.00 USD |
| 08/12/19 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review Appellee's streamlined request for extension and court order granting same | 0.10 | | $75.00 USD |
| 09/16/19 | Debra Herrman | Ninth Cir Appeal | Legal Analysis | Review and analyze Defendant-Appellee's answering brief and authorities cited therein | 4.60 | | $3,450.00 USD |
| 09/16/19 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review Defendant-Appellee's supplemental excerpts of record | 0.10 | | $75.00 USD |
| 09/16/19 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review Defendant-Appellee's corporate disclosure statement | 0.10 | | $75.00 USD |
| 09/26/19 | Debra Herrman | Ninth Cir Appeal | Research | Research legal issues raised in Appellee's brief to prepare for reply briefing | 0.85 | | $637.50 USD |
| 09/27/19 | Debra Herrman | Ninth Cir Appeal | Draft Documents | Draft reply brief in support of appeal | 1.85 | | $1,387.50 USD |
| 09/30/19 | Debra Herrman | Ninth Cir Appeal | Draft Documents | Draft reply brief in support of appeal | 2.80 | | $2,100.00 USD |
| 10/02/19 | Debra Herrman | Ninth Cir Appeal | Draft Documents | Draft reply brief in support of appeal | 3.70 | | $2,775.00 USD |
| 10/03/19 | Debra Herrman | Ninth Cir Appeal | Draft Documents | Draft reply brief in support of appeal | 2.45 | | $1,837.50 USD |
| 10/04/19 | Debra Herrman | Ninth Cir Appeal | Draft Documents | Draft reply brief in support of appeal; final revisions and edits to same | 9.75 | | $7,312.50 USD |
| 10/07/19 | Debra Herrman | Ninth Cir Appeal | Draft Documents | Draft motion to file corrected brief | 0.40 | | $300.00 USD |
| 10/07/19 | Debra Herrman | Ninth Cir Appeal | Draft Documents | Revise and edit reply brief re clerk's notice | 0.95 | | $712.50 USD |
| 10/07/19 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review court order re incorrect filing | 0.10 | | $75.00 USD |
| 10/07/19 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review clerk's notice rejecting modified brief | 0.10 | | $75.00 USD |
| 10/10/19 | Debra Herrman | Ninth Cir Appeal | Phone Conferences / Meetings | Instruct staff re paper copies of reply brief to court | 0.10 | | $75.00 USD |
| 10/10/19 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review court order re motion to file corrected reply brief | 0.10 | | $75.00 USD |
| 10/29/19 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review court notice re upcoming oral argument calendar; review Ninth Circuit calendar and check personal calendar for conflicts | 0.20 | | $150.00 USD |
| 01/09/20 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review notice of upcoming oral argument; review Ninth Circuit calendar and cross check with personal calendar to confirm no conflicts | 0.20 | | $150.00 USD |
| 03/02/20 | Debra Herrman | Ninth Cir Appeal | Phone Conferences / Meetings | Instruct staff re filing acknowledgement of notice of hearing | 0.10 | | $75.00 USD |
| 03/02/20 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review notice of oral argument | 0.10 | | $75.00 USD |
| 03/02/20 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review Ninth Circuit guidelines referenced in notice of oral argument | 0.45 | | $337.50 USD |
| 03/11/20 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review acknowledgement filed by Appellee | 0.10 | | $75.00 USD |
| 04/08/20 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review notice from court re video or telephonic appearances only | 0.10 | | $75.00 USD |

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| 04/30/20 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review email from court re video and telephonic appearance questions | 0.20 | | $150.00 USD |
| 04/30/20 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review email from OC re video appearance | 0.10 | | $75.00 USD |
| 05/01/20 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review briefs filed on appeal to prepare for oral argument | 1.55 | | $1,162.50 USD |
| 05/04/20 | Debra Herrman | Ninth Cir Appeal | Draft Correspondence | Review and respond to emails re video appearance | 0.10 | | $75.00 USD |
| 05/05/20 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review clerk order re oral argument | 0.10 | | $75.00 USD |
| 06/25/20 | Debra Herrman | Ninth Cir Appeal | Legal Analysis | Review and analyze Memorandum Opinion and authorities cited therein | 0.60 | | $450.00 USD |
| 06/25/20 | Debra Herrman | Ninth Cir Appeal | Research | Research application of Smith rule in Ninth Circuit district courts to prepare for post-appeal matters | 1.75 | | $1,312.50 USD |
| 06/25/20 | Debra Herrman | Ninth Cir Appeal | Review Documents / Correspondence | Review post-judgment form from court | 0.10 | | $75.00 USD |
| **Total** | | | | | 78.50 | | $58,875.00 USD |
| | | | | | | | |
| **ALL TOTAL** | | | | | 78.50 | | $58,875.00 USD |