James P. Keenley (*pro hac vice* CA State Bar No. 253106)
Email: jkeenley@bkkllp.com
BOLT KEENLEY KIM LLP
2855 Telegraph Ave., Suite 517
Berkeley, California 94705
Phone: (510) 225-0696
Fax: (510) 225-1095

Megan E. Glor (OSB No. 930178)
Email: megan@meganglor.com
Megan E. Glor, Attorneys at Law, P.C.
621 SW Morrison, Suite 900
Portland, OR 97205
Phone: (503) 223-7400
Fax: (503) 227-2530

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| Debra Herrman, | Case No.: 3:17-cv-01336-MO |
| Plaintiff, | **NOTICE REGARDING PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR ENTRY OF FORM OF JUDGMENT AND AWARD OF ATTORNEY'S FEES** |
| v. | |
| Lifemap Assurance Company, | |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Please take notice that the issue concerning Defendant's misdirection of tax withholdings from the proceeds of the judgment Plaintiff obtained that was raised in Plaintiff's supplemental brief

regarding attorney's fees (ECF No. 58 at 11-12) has been resolved to Plaintiff's satisfaction and no longer needs to be addressed by the Court.

                                                                Respectfully submitted,

Dated:  September 11, 2020                  BOLT KEENLEY KIM LLP

                                                          By: /s/ *James P. Keenley*
                                                               James P. Keenley
                                                               Attorneys for Plaintiff